IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER LOADHOLT, on behalf of himself and all others similarly situated,

Plaintiff,

-v-

MCCARTHY'S FLOWERS COLORADO, INC.,

Defendant.

Civil Case Number: 1:22-cv-08036-LGS

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiffs voluntary dismissal of all claims against Defendant in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:       April 21, 2023

Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

*Attorneys for Plaintiff*
*Christopher Loadholt*

Gregory S. Lisi, Esq.
FORCHELLI, DEEGAN & TERRANA LLP
333 Earle Ovington Boulevard, Suite 1010
Uniondale, NY 11553
Tel: (516) 248-1700
Email: glisi@forchellilaw.com

*Attorneys for Defendant*
*McCarthy's Flowers Colorado, Inc.*

So Ordered.

Dated: April 26, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE